IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY,

    Plaintiff,                                No. C 15-01410 JSW

  v.

SALVATORE RISTORANTE, et al.,          **ORDER OF RECUSAL**

    Defendants.

        TO ALL PARTIES AND COUNSEL OF RECORD:

        I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

        **IT IS SO ORDERED.**

Dated: March 30, 2015

                                                                           JEFFREY S. WHITE
                                                                UNITED STATES DISTRICT JUDGE