David J. Bowie (SBN 50167)
Eric C. Schaffer (SBN 221883)
BOWIE & SCHAFFER
2255 Contra Costa Blvd, Suite 305
Pleasant Hill, CA 94523
Telephone (925) 939-5300
Telecopier (925) 609-9670

Attorneys for Defendants,
SALVATORE RISTORANTE; ANGELA ALAGNA;
SALVATORE PICCIONE; ANTONINA PICCIONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>    Plaintiff,<br>  vs.<br><br>SALVATORE RISTORANTE; WARREN NAN SOM and WINNIE CHI BING SOM, Trustees of the WARREN and WINNIE SOM FAMILY TRUST, dated May 24, 2004; ANGELA ALAGNA; SALVATORE PICCIONE; and ANTONINA PICCIONE,<br><br>    Defendants.<br>_____ | Case No.  3:15-cv-01410-JCS<br><br>STIPULATION FOR EXTENSION OF TIME AND FOR JOINT INSPECTION OF THE PREMISES PURSUANT TO GENERAL ORDER NO. 56(3) |

---

-1-
STIPULATION FOR EXTENSION OF TIME AND FOR JOINT INSPECTION OF THE
PREMISES PURSUANT TO GENERAL ORDER NO. 56(3)

Defendants, Salvatore Ristorante, Angela Alagna, Salvatore Piccione and Antonia Piccione were served with Summons and Complaint on April 29, 2015.   Since service, they have sought representation in this subject case from the Law Offices of Bowie & Schaffer.     Mr. Bowie is scheduled to depart on a 25th Anniversary vacation, Saturday May 16, 2015 to return to the office on Tuesday, May 26, 2015.  Since service of the Summons and Complaint, the aforesaid Defendants have retained consultants to inspect the Premises from which they operate Salvatore Ristorante in order to determine the feasibility of removal of certain architectural barriers which Plaintiff has alleged to have precluded his use and enjoyment of the subject restaurant.  Counsel for Plaintiff and these subject Defendants have met and conferred by telephone and have proposed the following Stipulation:

IT IS HEREBY STIPULATED, by and between the Plaintiff and these subject Defendants, by and through their respective attorneys, that Defendants may have to and including Friday, June 5, 2015 within which to file their response to the Complaint in this action; and

////
////
////
////
////
////
////
////
///
///

IT IS FURTHER STIPULATED that, pursuant to General Order No. 56, the meeting in person at the subject Premises shall take place at a date and time mutually convenient to the parties and counsel, but within the calendar month June 2015.

Respectfully submitted,

Dated:  May 14, 2015          BOWIE & SCHAFFER

By:_/s/David J. Bowie_____
    David J. Bowie
Attorney for Defendants, SALVATORE RISTORANTE
ANGELA ALAGNA; SALVATORE PICCIONE; ANTONINA PICCIONE

Dated: May 14, 2015          THOMAS E. FRANKOVICH,
A Professional Law Corporation

By:_/s/Thomas E. Frankovich_____
    Thomas E. Frankovich
Attorney for Plaintiff PATRICK CONNALLY

Dated: 5/18/15

[IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California]

---

-3-
STIPULATION FOR EXTENSION OF TIME AND FOR JOINT INSPECTION OF THE PREMISES PURSUANT TO GENERAL ORDER NO. 56(3)