Jane Curran Pandell (SBN 99969)
Jill C. Darsow (SBN 168067)
**PANDELL LAW FIRM, INC.**
1990 N. California Blvd., Ste. 1010
Walnut Creek, CA 94596
Tel. (925) 974-1700
Fax (925) 974-1709
janepandell@pandell-law.com
jilldarsow@pandell-law.com

Attorneys for Defendant,
WARREN NAN SOM and WINNIE CHI BING SOM, Trustees of the WARREN and WINNIE SOM FAMILY TRUST, dated May 24, 2004

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>Plaintiff,<br><br>vs.<br><br>SALVATORE RISTORANTE; WARREN NAN SOM and WINNIE CHI BING SOM, Trustees of the WARREN and WINNIE SOM FAMILY TRUST, dated May 24, 2004; ANGELA ALAGNA; SALVATORE PICCIONE; and ANTONNINA PICCIONE,<br><br>Defendants. | Case No. 3:15-CV-01410-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT WARREN NAN SOM and WINNIE CHI BING SOM, Trustees of the WARREN and WINNIE SOM FAMILY TRUST, dated May 24, 2004, TO ANSWER (ND CA RULE 6-1(a))** |

It is hereby stipulated and agreed by and between Plaintiff Patrick Connally and Defendant WARREN NAN SOM and WINNIE CHI BING SOM, Trustees of the WARREN and WINNIE SOM FAMILY TRUST, dated May 24, 2004 ("Trust"), acting through its duly authorized counsel, that the time for defendant Trust to serve its answer or otherwise

1 | respond to Plaintiff's Complaint is hereby extended until June __12__, 2015.

2

3 | Dated: May 22, 2015                    PANDELL LAW FIRM, INC.

4

5                                         By: _____
                                              Jane Curran Pandell
6                                             Attorneys for Defendant
7                                             WARREN NAN SOM and WINNIE
                                              CHI BING SOM, Trustees of the
8                                             WARREN and WINNIE SOM FAMILY
                                              TRUST, dated May 24, 2004
9

10

11 | Dated: May __27__, 2015              THOMAS E. FRANKOVICH, APLC

12

13

14                                         By: _____
15                                             Thomas E. Frankovich
                                               Attorneys for Plaintiff
16                                             PATRICK CONNALLY

17

18 | Dated: May 28, 2015

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

2
STIPULATION EXTENDING TIME TO ANSWER
3:15-CV-01410-JCS